# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Frederic Green,

      Plaintiff(s),

v.

Mr. Hines, et al.,

      Defendant(s).

Case No. 2:26-cv-01666-JAD-NJK

**Order**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application is incomplete as it omits any response to questions 5, 6, and 7. *Id.* at 2. Moreover and significantly, Plaintiff indicates elsewhere that he has a spouse, Docket No. 1-1 at 4, but the application neither provides information as to the spouse's finances nor explains why those finances should not be assessed in deciding whether Plaintiff must pay the filing fee.[1] Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff must either pay the filing fee or file an amended application to proceed *in forma pauperis* by June 25, 2026. If Plaintiff continues to seek *in forma pauperis* status, he must complete the long-form application. Plaintiff must therein identify the finances of his spouse or explain in meaningful fashion why his spouse's finances should not be considered. **Failure to comply with this order may result in dismissal of this case.** The Clerk's Office is **INSTRUCTED** to send Plaintiff the long-form application to proceed *in forma pauperis* for non-inmates.

IT IS SO ORDERED.

Dated: June 4, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

---

[1] Particularly as Nevada is a community property state, the finances of spouses are generally accessible to a plaintiff and are considered in deciding an application to proceed *in forma pauperis*. Plaintiff has not shown that his spouse's finances are not appropriately considered.

1