# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Frederic Green,

     Plaintiff(s),

v.

Mr. Hines, et al.,

     Defendant(s).

Case No. 2:26-cv-01666-JAD-NJK

**Order**

Plaintiff paid the filing fee and his complaint has been docketed. Docket Nos. 4-5. Plaintiff must serve Defendants within 90 days of issuance of this order. *See* Fed. R. Civ. P. 4(m). Failure to do so may result in dismissal.

IT IS SO ORDERED.

Dated: June 29, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1